## REQUEST FOR WARRANT ON FILING OF AN INDICTMENT

TO:   Clerk, United States District Court
      District of North Dakota

The Grand Jury returned an Indictment on April 17, 2019, against DUSTIN JAMES GILLEO, charging the following:

18 U.S.C. § 2422(b) – Coercion and Enticement of a Minor
18 U.S.C. § 2423(a) – Transportation of a Minor
18 U.S.C. § 2428 – Forfeiture Allegation

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☐   The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐   The United States recommends that:

   ☐   Bail be set at $ _____

   ☐   Defendant be detained without bail.

COMMENTS:

Dated: April 17, 2019

CHRISTOPHER C. MYERS
United States Attorney