Case 3:19-cr-00058-DLH *SEALED*   Document 4   Filed 04/18/19   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

| United States of America | ) |
| v. | ) |
| Dustin James Gilleo | ) Case No. 3:19-cr-58 |
| Defendant | ) |

RECEIVED 2019 APR 18 AM 10: 24 U.S. MARSHALS SERVICE DISTRICT OF NORTH DAKOTA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dustin James Gilleo,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Coercion and Enticement of a Minor
Transportation of a Minor
Forfeiture Allegation

Date: 04/18/2019

/s/ Jackie Stewart
*Issuing officer's signature*

City and state:   Fargo, ND

Jackie Stewart, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4-18-19, and the person was arrested on *(date)* 4-25-19
at *(city and state)* Wahpeton, ND.

Date: 4-25-2019

[signature]
*Arresting officer's signature*

Eric Binstock   Special Agent
*Printed name and title*

AO 442 (Rev. 10/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____