UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:19-CR-58 |
| Plaintiff, | ) | |
| | ) | **REQUEST FOR NOTICE** |
| vs. | ) | **PURSUANT TO FED. R. EVID. 404(b)** |
| | ) | |
| DUSTIN JAMES GILLEO, | ) | |
| | ) | |
| Defendant. | ) | |

  The Defendant above-named, Dustin James Gilleo, by and through his undersigned attorney, Assistant Federal Public Defender Wm Dane DeKrey, requests that the U.S. Attorney provide the undersigned with the general nature of any and all evidence which the United States intends to offer at trial, pursuant to the provisions of FED. R. EVID. 404(b), sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that this information be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated the 29th day of April, 2019.

                         Respectfully submitted,

                         NEIL FULTON
                         Federal Public Defender

                         By:
                         <u>*/s/ Wm Dane DeKrey*</u>
                         Wm Dane DeKrey
                         Assistant Federal Public Defender
                         Attorney for Defendant
                         Office of the Federal Public Defender
                         Districts of South Dakota and North Dakota
                         Federal Square, Second Floor
                         112 Roberts Street, Suite 200
                         Fargo, ND 58102
                         Telephone: 701-239-5111 Facsimile: 701-239-5098
                         filinguser_SDND@fd.org