PS 38
(02/2001)

## RELEASE STATUS REPORT TO THE COURT

Defendant:     Dustin James Gilleo              Docket No.:     0868 3:19CR00058

To Appear On: 10/17/2019              For:   ☒         ☐ Trial    ☐ Sentencing
                                             Plea

Before Judge:     Peter D. Welte

Initial Appearance Date:     04/25/2019          Release Date:          07/12/2019

Magistrate Judge:          Alice R. Senechal

Conditions of Release:

| | | | |
|---|---|---|---|
| ☒ | Pretrial Supervision | ☐ | Surrender Passport |
| ☒ | Seek/Maintain Employment | ☐ | Do Not Obtain Passport |
| ☒ | Submit to Counseling as Deemed Appropriate by Pretrial Services | ☒ | Refrain from Excessive Use of Alcohol or Any Controlled Substance without a Prescription |
| ☒ | Drug/Alcohol Monitoring | ☒ | Location Monitoring |
| ☐ | Third Party Custody to: | | |
| ☐ | Travel Restrictions: | | |
| ☒ | No Contact With: | Victim or witnesses | |
| ☒ | Other: | Weapons restriction; Residential facility placement; No unsupervised contact with minors; Internet/computer restrictions | |

Defendant Has Met Conditions of Release:          ☒   Yes      ☐   No

Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:
N/A

Recommendations:
On July 12, 2019, the defendant was released to Centre, Inc. and was placed on GPS monitoring. He has maintained steady employment for the last month and has been compliant with all of his conditions of release. He is regularly drug tested at Centre and there have been no known positive tests or violations of release at this time. It is respectfully recommended the defendant remain released on his previously imposed conditions.

09/10/2019                                    Meghan Nelson

_____

Date

_____

U.S. Pretrial Services Officer