IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-cr-00058 |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| DUSTIN JAMES GILLEO | |
| Defendant. | |

The Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. 2428.  Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on October 19, 2019.

There were no filed verified petitions in this action claiming an ownership interest in the property listed and it appears from the record that no other claims, contested or otherwise, have been filed for the property described in the Court's Preliminary Order of Forfeiture.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.     The right, title, and interest to all of the described property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.     The following property belonging to DUSTIN JAMES GILLEO, who is the subject of this Order, is hereby forfeited to the United States of America:

- Samsung SM-S76VL Cellular Phone, (IMEI) 356823091125125; and

2

- Lenovo Desktop Computer, SN: 1S2992E5UMJYTATE, which contains a five hundred (500) gigabyte (GB) Western Digital hard drive, SN: 174859423786, terabyte (TB) Seagate hard drive SN: 6XW1P9JZ.

3.     The Department of Homeland Security – Homeland Security Investigations shall either destroy the equipment pursuant to federal law and regulations or erase the memory devices, and put them into official use in accordance with attorney general and agency guidelines governing official use requests.

This Order was filed electronically through ECF, and ECF will send a Notice of Electronic Filing (NEF) to all counsel of record.  The Clerk is hereby directed to send certified copies of this Order to the Department of Homeland Security – Homeland Security Investigations.

SO ORDERED this _22_ day of January 2020.


PETER D. WELTE, Chief Judge
United States District Court